**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADRIAN ANDERSON, AMANDA MALKIN, and MAUREEN EWING individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENOMIC PREDICTION, INC. and GENOMIC PREDICTION CLINICAL LABORATORY,<br><br>Defendants. | Case No. 3:26-cv-02860-MAS-TJB<br><br>MOTION FOR SHANON J. CARSON'S ADMISSION TO PRACTICE *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that pursuant to Local Rule Civil 101.1(c) of the United States District Court for the District of New Jersey, Russell D. Paul of Berger Montague PC, hereby requests the entry of an Order admitting Shanon J. Carson to practice before this Court in this matter *pro hac vice*, on behalf of Plaintiffs Adrian Anderson, Amanda Malkin, and Maureen Ewin ("Plaintiffs"), individually and on behalf of all others similarly situated.

**PLEASE TAKE NOTICE** that the certification of Shanon J. Carson in support of the application is submitted with this motion;

**PLEASE TAKE NOTICE** that the certification of Russell D. Paul in support of this application, as local counsel, is submitted with this motion, and as stated

therein, no counsel have entered appearances for defendants with whom to seek consent regarding this motion;

**PLEASE TAKE FURTHER NOTICE** that a form of order on this application is submitted with this notice of motion.

Dated: March 27, 2026

Russell D. Paul (NJ 035961995)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
Email: rpaul@bergermontague.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion for Admission *Pro Hac Vice* has been electronically filed with the Court and is available for download and viewing using the Court's Electronic Case Filing System on this 27th day of March 2026.

*/s/ Russell D. Paul*
Russell D. Paul