**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADRIAN ANDERSON, AMANDA MALKIN, and MAUREEN EWING individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENOMIC PREDICTION, INC. and GENOMIC PREDICTION CLINICAL LABORATORY,<br><br>Defendants. | Case No. 3:26-cv-02860-MAS-TJB<br><br>CERTIFICATION OF RUSSELL D. PAUL IN SUPPORT OF MOTION TO PRACTICE *PRO HAC VICE* |

I, Russell D. Paul, hereby certify as follows:

1. I am a shareholder at the law firm of Berger Montague PC. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' Motion to Admit Shanon J. Carson as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New Jersey to which I was admitted on January 1, 1990. I was admitted to practice in this Court on April 2, 1990, and I am in good standing in this Court.

3. Upon information and belief, Shanon J. Carson, Esq. is a member in good standing of the Bar of the State of Pennsylvania and District of Columbia

and is not now, nor has ever been, the target of any disciplinary proceedings in those jurisdictions, or any other jurisdiction.

4. I have read, and am familiar with, the Local Rules of this Court.

5. In accordance with Local Civil Rule 101.1(c), I will ensure that in-state counsel shall be served all papers and that in-state counsel will sign all pleadings, briefs, and papers. I will ensure in-state counsel will appear at all proceedings. I will hold responsibility for the conduct of out-of-state counsel.

6. Accordingly, I am pleased to move the admission of Shanon J. Carson, *pro hac vice*, to represent Plaintiffs in the above-captioned matter.

7. No counsel have entered appearances for defendants with whom to seek consent regarding this motion.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2026

Russell D. Paul (NJ 037411989)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
rpaul@bergermontague.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ADRIAN ANDERSON, AMANDA MALKIN, and MAUREEN EWING individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GENOMIC PREDICTION, INC. and GENOMIC PREDICTION CLINICAL LABORATORY,

Defendants.

Case No. 3:26-cv-02860-MAS-TJB

[PROPOSED] ORDER GRANTING SHANON J. CARSON ADMISSION TO PRACTICE *PRO HAC VICE*

This motion having been opened to the Court by Berger Montague PC, attorneys for Plaintiffs Adrian Anderson, Amanda Malkin, and Maureen Ewing ("Plaintiffs"), individually and on behalf of all others similarly situated, upon its application for an order granting Shanon J. Carson, attorney-at-law in Pennsylvania, admission to practice *pro hac vice*, and the Court having considered the motion and good cause having been shown:

IT IS on this _____ day of __________________, 2026, ORDERED as follows:

1. Shanon J. Carson is admitted *pro hac vice* to appear in this matter on behalf of Plaintiffs, individually and on behalf of all others similarly situated.