**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADRIAN ANDERSON, AMANDA MALKIN, and MAUREEN EWING individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENOMIC PREDICTION, INC. and GENOMIC PREDICTION CLINICAL LABORATORY,<br><br>Defendants. | Case No. 3:26-cv-02860-MAS-TJB<br><br>CERTIFICATION OF SHANON J. CARSON IN SUPPORT OF MOTION TO PRACTICE *PRO HAC VICE* |

I, Shanon J. Carson, hereby certify as follows:

1. I am an Executive Shareholder at Berger Montague PC, located at 1818 Market Street, Suite 3600, Philadelphia, PA 19103.

2. I am and have been a member in good standing of the following bars and courts:

- Supreme Court of Pennsylvania, 468 City Hall, Philadelphia, PA 19107 (admitted October 27, 2000)
- District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001 (Admitted March 24, 2022)
- U.S. Court of Federal Claims, 717 Madison Pl NW, Washington, DC 20439 (Admitted December 11, 2008)

- First Circuit Court of Appeals, Boston, MA (Admitted March 4, 2022)
- Third Circuit Court of Appeals, 601 Market Street, Philadelphia, PA 19106 (Admitted December 8, 2009)
- Sixth Circuit Court of Appeals, 100 East Fifth Street, Cincinnati, OH 45202 (Admitted April 24, 2018)
- Eighth Circuit Court of Appeals, 111 South 10th Street, St. Louis, MO 63102 (Admitted November 1, 2011)
- Ninth Circuit Court of Appeals,95 7th Street, San Francisco, CA 94103 (Admitted September 22, 2010)
- Tenth Circuit Court of Appeals,823 Stout Street, Denver, CO 8025 (Admitted December 11, 2018)
- US District Court Eastern District of Arkansas, 600 W Capitol Ave., Little Rock, AR 72201 (Admitted September 15, 2009)
- US District Court for District of Colorado, 901 19th Street, Denver, CO 80294 (Admitted April 9, 2014)
- US District Court Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604 (Admitted February 28, 2012)
- US District Court Southern District of Illinois, 301 W Main St., Benton, IL 62812 (Admitted April 30, 2021)
- US District Court Central District of Illinois, 305 U.S. Courthouse, 100 N.E. Monroe Street, Peoria, IL 61602 (Admitted July 27, 2015)
- US District Court Southern District of Indiana, 46 East Ohio Street, Clerk's Office, Room 105, Indianapolis, IN 46204 (Admitted November 1, 2017)
- US District Court Eastern District of Michigan, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226 (Admitted July 24, 2018)
- US District Court Western District of Michigan, 399 Federal Bldg., 110 Michigan St. NW, Grand Rapids, MI 46503 (Admitted March 4, 2021)

- US District Court for District of Nebraska 111 South 18th Plaza, Suite 1152, Omaha, NE 68102 (Admitted December 29, 2008)
- US District Court Northern District of New York, 445 Broadway, Suite 509, Albany, NY 12207 (Admitted September 6, 2012)
- US District Court Western District of New York, 2 Niagara Square, Buffalo, NY 14202 (Admitted April 23, 2012)
- US District Court Northern District of Ohio, 801 West Superior Avenue, Cleveland, OH 44113 (Admitted September 22, 2015)
- US District Court Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106 (Admitted November 15, 2000)
- US District Court Middle District of Pennsylvania, PO Box 1148, 235 N. Washington Avenue, Scranton, PA 18501 (Admitted October 11, 2013)
- US District Court Western District of Pennsylvania, 700 Grant Street, Pittsburgh, PA 15219 (Admitted December 20, 2010)
- US District Court Eastern District of Texas, 211 West Ferguson Street, Room 106, Tyler, TX 75702 (Admitted April 18, 2016)
- US District Court Western District of Texas, 262 West Nueva Street, San Antonio, TX 78207 (Admitted September 30, 2016)
- US District Court Southern District of Texas, 515 Rusk Avenue, Houston, TX 77002 ((Admitted August 28, 2014)
- US District Court Western District of Wisconsin, 120 North Henry Street, Madison, WI 53703 (Admitted June 3, 2016)

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of the United States District Court of New Jersey and in accordance with the Local District Rule 101.1(c)(2), will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-29(a) for each calendar year in which this case is pending.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2026

Shanon J. Carson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
Email: rraghavan@bergermontague.com